# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHNNY L. FOSTER

vs.                                    NO. 4:10CV01083 SWW

TOKUSEN, U.S.A., INC.

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties in this matter pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS THEREFORE ORDERED that all claims in this cause of action hereby are dismissed with prejudice, each party to bear its and her own costs and fees.

Dated this 7th day of February 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE